

# Fourth Court of Appeals
## San Antonio, Texas

March 18, 2020

No. 04-19-00464-CR

Troy David **CAMPEAU,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 451st Judicial District Court, Kendall County, Texas
Trial Court No. 16-755-CR
Honorable Kirsten Cohoon, Judge Presiding

# O R D E R

The Appellant's Unopposed First Motion for Extension of Time to File Brief is hereby GRANTED. The Appellant's brief is due on May 6, 2020.

_Liza A. Rodriguez_
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of March, 2020.

_Michael A. Cruz_
MICHAEL A. CRUZ,
Clerk of Court